

—— LAW OFFICES OF ——
## JACQUELINE E. CISTARO

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

---

December 14, 2021

*Sent via ECF*

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: U.S. v. David Pagan-Lopez, et al., 21 Cr. 00640 (PKC)*

Dear Judge Castel:

    I represent Saul Dorta-Hernandez pursuant to the Criminal Justice Act (CJA) in the above-captioned matter. I write to respectfully request the Court appoint Thomas Dunn as co-counsel to assist me in this matter as the government has advised that it intends to produce voluminous discovery, over 16 TB of materials, in the next few months. Mr. Dunn and I have tried multiple cases together and I expect that Mr. Dunn's involvement in this case will substantially assist in providing the best defense team to Mr. Dorta-Hernandez. I further request that Mr. Dunn receive the standard CJA rate of $155 for appointed counsel as he has been a member of the SDNY, EDNY, and DNJ Panels for over 20 years.

    For the Court's convenience, I have included a "So Ordered" line should the Court grant our request. Thank you for your time and consideration.

                                      Respectfully submitted,

                                      s/ Jacqueline E. Cistaro

cc:   All Counsel of Record (*via ECF*)

*Application GRANTED.*

SO ORDERED _____
Honorable P. Kevin Castel, U.S.D.J.
12-15-21