

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

August 30, 2022

**Sent via ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: U.S. v. David Pagan-Lopez, et al., 21 Cr. 00640 (PKC)*

Dear Judge Castel:

We represent Saul Dorta Hernandez in the above-referenced matter. We write to request permission to submit a CJA interim voucher in connection with Mr. Dorta Hernandez's representation as we have already incurred meaningful attorney's fees with our work to date. It would be extremely helpful should we be allowed to submit an interim CJA voucher in accordance with the CJA eVoucher Attorney's Manual.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline Cistaro
Thomas Dunn

cc:   All Counsel of Record (*via ECF*)

Application to submit interim vouchers is GRANTED.

SO ORDERED
Dated: 8/31/2022

_____
Honorable P. Kevin Castel, U.S.D.J.