UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                     21 CR 640 (PKC)

        -against-                                           ORDER

SAUL DORATA-HERNANDEZ,

                Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing for Saul Dorta-Hernandez is adjourned from November 2, 2022 to December 6, 2022 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                      P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
          September 19, 2022