**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

BY ECF & Email                                                                                           November 1, 2022

Honorable P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

      Re: *United States v. Saul Dorta-Hernandez*
         21 Cr. 640 (PKC)

Dear Judge Castel:

    I represent Saul Dorta-Hernandez pursuant to the Criminal Justice Act. I write to request that your Honor authorize the translation of Mr. Dorta-Hernandez' presentence report. The statutory limit for a translation is $900. When translations are expected to exceed $900 pre-authorization must be obtained. It is my belief is that the translation cost for the report will exceed $900, thus I make this request.

    Thank you for your consideration of this request.

                                                            Respectfully yours,
                                                            /s/
                                                            Thomas F.X. Dunn

Application Granted.

So Ordered: _____
                Hon. P. Kevin Castel, U.S.D.J.

11-1-22