

### LAW OFFICES OF JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

November 28, 2022

**Sent via ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Sentencing is adjourned from December 7, 2022 to April 12, 2023 at 11:00 a.m.
> SO ORDERED
> Dated:  11/28/2022
> P. Kevin Castel
> United States District Judge

*Re: U.S. v. David Pagan-Lopez, et al., 21 Cr. 00640 (PKC)*

Dear Judge Castel:

    We represent Saul Dorta-Hernandez pursuant to the Criminal Justice Act (CJA) in the above-captioned matter.  Mr. Dorta-Hernandez is scheduled for sentencing on December 6, 2022.  Thomas Dunn and I have been engaged in trial for the past 5 weeks in the U.S. District Court, Eastern District of New York.  Also, the final Pre-Sentence Report (PSR) was filed on November 22, 2022.

    We respectfully request an adjournment of the sentencing hearing to allow counsel time to review the PSR with Mr. Dorta-Hernandez, prepare our sentencing submission, and submit letters in support of leniency.  If convenient for the Court, we request a sentencing date in mid-April 2023 as both the government and defense counsel have scheduled trials.  The government consents to this application.

    Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro
Thomas F.X. Dunn

cc:   All Counsel of Record (*via ECF*)