**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

BY ECF & Email                                                November 10, 2022

Honorable P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

      Re: *United States v. Saul Dorta-Hernandez*
          21 Cr. 640 (PKC)

Dear Judge Castel:

      I represent Saul Dorta-Hernandez pursuant to the Criminal Justice Act. I write to request that your Honor authorize the second proposed plea agreement translation of Mr. Dorta-Hernandez's agreement with the government. The statutory limit for translations is $900. The cost of the translation of the first proposed agreement was $710. When translations exceed $900 pre-authorization must be obtained. The combination of the two translation is $998. It is my request that Your Honor authorize approval for the second translation at a cost of $288.

      Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

*Motion GRANTED.*
*SO ORDERED*
*[signature], USDJ*
*1-4-23*